**Order entered June 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00180-CV

**BAPA BROOKLYN 2004, LLC, ET AL., Appellants**

**V.**

**MICHAEL A. AND MARIA D. TWIEHAUS**
**REVOCABLE LIVING TRUST, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11504**

### ORDER

Before the Court is appellants' June 14, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **July 14, 2021**.

/s/ CRAIG SMITH
JUSTICE